E-FILED
Monday, 04 April, 2022  02:40:10 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Joshua A. Cravero
_____,        )
                                )
            Plaintiff            )
                                )
        vs.                      )            Case No. _____
                                )            (*The case number will be assigned by the clerk*)
Iroquois County Corrections Officer Joseph Jaskula     )
Iroquois County Corrections Officer Steve Eckersly     )
Iroquois County Sheriff Clinton Perzee                 )
Iroquois County Government                             )
Iroquois County Corrections Supervisor Shon Johnson    )
_____          )
_____          )
_____,         )
                                )
        Defendant(s)             )

*(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☐   Unknown _____

## I.  FEDERAL JURISDICTION

_____

*\*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law.  *(You may assert a different jurisdictional basis, if appropriate).*

## II.  PARTIES

A.  Plaintiff:

Full Name:   Joshua A. Cravero

Prison Identification Number:

Current address:   2238 E 900 North Road, P.O. Box 236

Milford, Iroquois County, Illinois 60953

*For additional plaintiffs, provide the information in the same format as above on a separate page.  If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B.  Defendants

Defendant  #1:

Full Name:   Iroquois County Corrections Officer Joseph Jaskula

Current Job Title:   Corrections Officer

Current Work Address   550 South Tenth Street, Watseka, Illinois 60970

Defendant  #2:

Full Name:   Iroquois County Corrections Officer Steve Eckersly

Current Job Title:   Corrections Officer

Current Work Address   550 South Tenth Street, Watseka, Illinois 60970

Defendant  #3:

Full Name:   Iroquois County Sheriff Clinton Perzee

Current Job Title:   Sheriff

Current Work Address     550 South Tenth Street, Watseka, Illinois 60970

Defendant #4:

    Full Name:     Iroquois County Government

    Current Job Title:     550 South Tenth Street, Watseka, Illinois 60970

    Current Work Address

Defendant #5:

    Full Name:   Iroquois County Corrections Supervisor Shon Johnson

    Current Job Title:     Corrections Supervisor

    Current Work Address     550 South Tenth Street, Watseka, Illinois 60970

*For additional defendants, provide the information in the same format as above on a separate page.*

### III.  LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?       Yes ☐       No ☒

If yes, please describe

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒       No ☐

C.  If your answer to B is yes, how many?    1    Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
   U.S. District Court of Central Illinois Case Number 2021-cv-02294

2. Basic claim made    Civil Rights Violation

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)    Pending

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?   Yes ☐   No ☒

B.  Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?   Yes ☒   No ☐

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence ____ Iroquois County Jail (Detention Center) ____

Date(s) of the occurrence __On or About October 26, 2021__

*State here briefly the FACTS that support your case.  Describe what each defendant did to violate your federal rights.  You do not need to give any legal arguments or cite cases or statutes.  Number each claim in a separate paragraph.  Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.  Federal Rule of Civil Procedure  8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I was raped by a fellow inmate in the Iroquois County Jail (Dentention Center). After reporting the rape to the Correctional

Officers on Duty, they failed to remove me from the cell unit i was in in a timely matter for my safety. The Illinois State Police

District 21 was notified after being removed from the cell unit and Special Agent Bufford was the responding Special Agent

Doing the investigation. I was never offered grief counselor, victim counseling from the government.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

RELIEF REQUESTED

(State what relief you want from the court.)

Monetary Damages, Training of the Sheriff in Jail Rapes, train the Correctional Staff, Supervisors

_____

_____

_____

_____

_____

_____

_____

_____

_____

JURY DEMAND          Yes   ☒          No   ☐

Signed this _____31st_____ day of _____March_____ , 20__22____ .

_____

( Signature of Plaintiff)

| Name of Plaintiff:<br><br>Joshua A. Cravero | Inmate Identification Number: |
|---|---|
| Address:    2238 E 900 North Road<br>P.O. Box 236<br>Milford, IL 60953 | Telephone Number:<br><br>(217) 778-4626 |

8