IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSHUA A. CRAVERO, | ) | |
| | ) | 22-CV-2069 |
| Plaintiff, | ) | |
| | ) | Chief Judge Sara Darrow |
| v. | ) | |
| | ) | |
| JOSEPH JASKULA, et al, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendants, Iroquois County Correctional Officers Joseph Jaskula, Steve Eckersley (incorrectly sued as Steve Eckersly), and Shon Johnson, and Iroquois County Sheriff Clint Perzee (collectively "Defendants"), by and through their attorneys, James G. Sotos and Lisa M. Meador of The Sotos Law Firm, P.C., for their answer to Plaintiff's Complaint state[1]:

## PARTIES

1. Plaintiff, Joshua Cravero, lists his address as 2238 E 900 North Road, P.O. Box 236, Milford, IL 60953.

**ANSWER:** Defendants lack knowledge or information sufficient to form a belief as to the truth of the in paragraph 1.

2. Defendant Joseph Jaskula is an Iroquois County Corrections Officer who works at 550 S. Tenth Street, Watseka, Illinois 60970.

**ANSWER:** Defendants admit the allegations in paragraph 2.

3. Defendant Steve Eckersley (incorrectly sued as Steve Eckersly) is an Iroquois County Corrections Officer who works at 550 S. Tenth Street, Watseka, Illinois 60970.

---

[1] Defendants' Answer reflects this Court's modifications to and limitations on Plaintiff's allegations and claims pursuant to review of Plaintiff's Complaint under 28 U.S.C. §1915e(2) as ordered on June 9, 2022 (Dkt. #4.) and shall not be construed as an admission to any allegations or claims which were modified and/or limited pursuant to the Court's review and order.

**ANSWER:**   Defendants admit the allegations in paragraph 3.

4.   Defendant Clinton Perzee is the Iroquois County Sheriff who works at 550 S. Tenth Street, Watseka, Illinois 60970.

**ANSWER:**   Defendants admit the allegations in paragraph 4.

5.   Defendant Shon Johnson is an Iroquois County Corrections Supervisor who works at 550 S. Tenth Street, Watseka, Illinois 60970.

**ANSWER:**   Defendants admit the allegations in paragraph 5.

6.   On or about October 26, 2021 Plaintiff was raped by a fellow inmate in the Iroquois County Jail (Detention Center).

**ANSWER:**   Defendants deny the allegations in paragraph 6.

7.   Defendants violated Plaintiff's civil rights under the Fourteenth Amendment for failure to protect him from harm by failing to remove him from his cell in a timely manner after another detainee had sexually assaulted him.

**ANSWER:**   Defendants deny the allegations in paragraph 7.

8.   Defendants violated Plaintiff's civil rights under the Fourteenth Amendment for failure to provide adequate mental health care by failing to offer him a grief counselor or victim counseling.

**ANSWER:**   Defendants deny the allegations of paragraph 8.

### RELIEF

9.   Plaintiff seeks monetary damages, training of the Sheriff in jail rapes, train the correctional staff, supervisors.

**ANSWER:**   Defendants deny the allegations in paragraph 9.

WHEREFORE, Defendants Joseph Jaskula, Steve Eckersley, Shon Johnson, and Sheriff Clint Perzee request judgment in their favor and against the Plaintiff, costs of suit and attorneys' fees, and such other relief as the Court deems appropriate.

Dated: November 11, 2022          Respectfully submitted,

/s/ Lisa M. Meador
LISA M. MEADOR, Attorney No. 6270259
*One of the Attorneys for Defendants Shon Johnson and Matt Pulley*

James G. Sotos
Lisa M. Meador
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd. Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
lmeador@jsotoslaw.com

## JURY DEMAND

Defendants, Joseph Jaskula, Steve Eckersley (incorrectly sued as Steve Eckersly), Shon Johnson, and Sheriff Clint Perzee, hereby demand a trial by jury pursuant to Federal Rule of Civil Procedure 38(b) on all issues so triable.

Dated: November 11, 2022          Respectfully submitted,

/s/ Lisa M. Meador
LISA M. MEADOR, Attorney No. 6270259
*One of the Attorneys for Defendants Shon Johnson and Matt Pulley*

James G. Sotos
Lisa M. Meador
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd. Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
lmeador@jsotoslaw.com

## AFFIRMATIVE DEFENSES

Defendants Joseph Jaskula, Steve Eckersley (incorrectly sued as Steve Eckersly), Shon Johnson, and Sheriff Clint Perzee, without waiver of any of its admissions or denials contained in its Answer to Plaintiff's Complaint, and for its Affirmative Defenses to Plaintiff's Complaint, state:

1. Defendants are government officials, namely law enforcement officers, who performed discretionary functions. At all times material to the events alleged in Plaintiff's Complaint, a reasonable police officer objectively viewing the facts and circumstances that confronted the Defendants could have believed their actions to be lawful, in light of clearly established law and information that the Defendants possessed. Therefore, they are entitled to qualified immunity as to Plaintiff's claims.

2. Defendants are entitled to qualified immunity from liability for the damages claimed by Plaintiff because the alleged conduct of Defendants did not violate clearly established law as it existed at the time of the alleged conduct.

3. Plaintiff has a duty to mitigate any injury or damages, and any verdict and damages awarded to Plaintiff must be reduced by any amount by which the damages could have been lessened by Plaintiff's failure to minimize those injuries or damages.

4. That before, and at the time of, the occurrence alleged in Plaintiff's Complaint, Plaintiff was under a duty to use ordinary care for his own safety.

5. That at the time and place alleged in Plaintiff's Complaint, Plaintiff was negligent in one or more of the following ways:

   a) Failed to advise officers of his medical and/or psychological conditions;
   b) Acted in careless disregard for his own health and safety; and
   c) Was otherwise careless or negligent.

That, Plaintiff's injury and damages as alleged in the Complaint were sustained as a direct and proximate result of his breach of duty when he committed one or more of the foregoing negligent acts or omissions.

6. At all times material to this lawsuit, Defendants provided the standard of care for Plaintiff as required under applicable state and federal laws and statutes, thereby defeating Plaintiff's state and federal claims brought in this lawsuit.

7. To the extent any injuries or damages claimed by Plaintiff were proximately caused, in whole or in part, by the negligent, willful, wanton and/or other wrongful conduct on the part of Plaintiff or another third-party, any verdict or judgment obtained by Plaintiff must be reduced by application of the principles of comparative fault, by an amount commensurate with the degree of fault attributed to Plaintiff in this case.

8. To the extent Plaintiff refused to accept medical or mental health assistance, that is an independent intervening event, breaking any causal connection to Defendants.

9. At all times material to this lawsuit, Defendants provided the standard of care for Plaintiff as required under applicable state and federal laws and statutes, thereby defeating Plaintiff's claims.

10. Plaintiff failed to exhaust his administrative remedies as required by 42 U.S.C. §1997e(a).

11. Plaintiff failed to allege that he suffered any injury as a result of his claims.

WHEREFORE, Defendants Joseph Jaskula, Steve Eckersley (incorrectly sued as Steve Eckersly), Shon Johnson, and Sheriff Clint Perzee request judgment in their favor and against Plaintiff, costs of suit and attorneys' fees, and such other relief as the Court deems appropriate.

Dated: November 11, 2022  Respectfully submitted,

/s/ Lisa M. Meador
LISA M. MEADOR, Attorney No. 6270259
*One of the Attorneys for Defendants Shon Johnson and Matt Pulley*

James G. Sotos
Lisa M. Meador
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd. Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
lmeador@jsotoslaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on November 11, 2022, I electronically filed the foregoing **Defendants' Answer to Plaintiff's Complaint** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed on the below Service List:

***Plaintiff's Counsel***
Justin Schwartz
Law Office of Justin Schwartz
1723 W. Devon Ave. #607882
Chicago, IL 60660
Tel: (847) 687-5477
justinschwartzlaw@gmail.com

                                      /s/ Lisa M. Meador
                                      LISA M. MEADOR, Attorney No. 6270259
                                      *One of the Attorneys for Defendants*